**Servando ALFONSO, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 04–3381.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2004.

Roger Hipp, Principal Attorney, Brian M.Simkin, of Counsel Attorney, David M. Cohen, of Counsel Attorney, Department of Justice, Washington, DC, for Respondent.

David R. Schleicher, Principal Attorney, Law Office of David R. Schleicher, Waco, TX, for Petitioner.

ORDER

Order Vacated, See 2004 WL 2203612.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.